IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JASON CLEVELAND SOLESBEE,               *

                  Plaintiff,               *
v.                                                         Case No. 1:23-CV-25(WLS)
                                                        *
CHRIS, et al,
                                                        *
                Defendants.
_____      *

**J U D G M E N T**

      Pursuant to this Court's Order dated June 15, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

     This 16th day of June, 2023.

                          David W. Bunt, Clerk

                          s/ William C. Lawrence, Deputy Clerk